ROBERT J. McDERMOTT, Respondent, *v.* ISIDOR STRAUS et al.,
Appellants.

*McDermott* v. *Straus,* 123 App. Div. 303, affirmed.
(Argued March 3, 1909; decided March 23, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered Janu-
ary 24, 1908, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial in an action to recover for personal injuries alleged
to have been received through defendant's negligence.

*Edward P. Mowton* for appellants.

*M. L. Malevinsky, Frank A. Acer* and *Frank F. Davis*
for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
WERNER, WILLARD BARTLETT and HISCOCK, JJ.  Absent:
CHASE, J.

---

BANK OF LONG ISLAND, Respondent, *v.* JOHN A. YOUNG,
Appellant.

*Bank of Long Island* v. *Young,* 124 App. Div. 903, affirmed.
(Argued March 3, 1909; decided March 23, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
January 16, 1908, affirming a judgment in favor of plaintiff
entered upon the report of a referee in an action to recover
upon a contract of guaranty.

*Theodore H. Lord* and *F. H. Van Vechten* for appellant.

*Eugene D. Hawkins* and *Alfred Gregory* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.